GUSTAVE HEYE, as Sole Surviving Executor of ALEXANDER M. LAWRENCE, Deceased, Appellant, *v.* HENRY M. TILFORD, as Sole Surviving Executor of JOHN C. GILES, Deceased, et al., Respondents.

Reported below, 2 App. Div. 346.
(Argued March 15, 1897; decided March 23, 1897.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial

department, entered March 16, 1896, which affirmed a judgment in favor of defendants entered upon the report of a referee.

The motion was made upon the ground that the decision of the Appellate Division was unanimous and that no question of law is presented for review.

*Chas. P. & Wm. W. Buckley* for motion.

*Edward B. Hill* and *Sullivan & Cromwell* opposed.

Motion denied, with ten dollars costs.